IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA J. BOWEN,<br><br>Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>Defendant. | Case No. 3:21-cv-23<br>**Iowa District Ct. Case No. LALA005479**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Menard, Inc. ("Defendant") through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes the above-captioned cause of action from the Iowa District Court for Des Moines County to the United States District Court, Southern District of Iowa, Eastern Division. In support thereof, Defendant states the following:

1. This action was originally filed by Plaintiff against Defendant on or about February 16, 2021 in the Iowa District Court in and for Des Moines County, entitled *Cynthia J. Bowen v. Menard, Inc.*, Case No. LALA005479. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law is attached as **Exhibit No. 1**.

2. Personal service was made upon the Defendant's Registered agent on or about February 17, 2021.

3. This case may be removed from the Iowa District Court in and for Des Moines County to the United States District Court for the Southern District of Iowa, Eastern Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4. This is a civil action in which Plaintiff claims she is entitled to damages for medical expenses from the date of the injury to present time, future medical expense, lost wages from the date of injury to present time, loss of full mind and body from the date of injury to present time and future, physical and mental pain and suffering from the date of injury to present time and future as well as other miscellaneous expenses as a result of her injury. (Id. ¶15) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant, Menard, Inc. is the sole Defendant in this action. Menard, Inc. is incorporated in Wisconsin and has its principal place of business in Eau Claire, Wisconsin, and is deemed to be a citizen of Wisconsin pursuant to 28 U.S.C. 1332(c)(1).

6. Plaintiff is a citizen and resident of Des Moines County.

7. The time for filing this notice of removal has not run because thirty (30) days has not expired since February 17, 2021, the date on which the Defendant was personally served with the Original Notice and Petition at law.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition at Law and Jury Demand filed by the Plaintiff is attached and incorporated herein by reference as **Exhibit No. 1**.

10. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Des Moines County.

11. Counsel that has appeared on behalf of Plaintiff in state court is:

Andrew L. Mahoney, AT0012329
Edward J. Prill, AT0012435
Steven J. Crowley, AT0001845
CROWLEY & PRILL

       3012 Division Street
       Burlington, IA 52601
       Telephone: (319) 753-1330
       Facsimile: (319) 752-3934
       E-mail: AMahoney@cbp-lawyers.com
       E-mail: EPrill@cbp-lawyers.com
       E-mail: SCrowley@cbp-lawyers.com

12. This Notice of Removal is being served upon the Plaintiff's counsel by mail and is being filed with the Clerk of the Iowa District Court in and for Des Moines County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Des Moines County is removed therefrom to the United States District Court for the Southern District of Iowa, Eastern Division.

       Respectfully submitted,

       */s/ Kerrie M. Murphy*
       */s/ Julie T. Bittner*
       Kerrie M. Murphy, AT0005576
       Julie T. Bittner, AT0009719
       MWH LAW GROUP LLP
       1501 42nd Street, Suite 465
       West Des Moines, IA 50266-1090
       Telephone: (515) 453-8509
       Facsimile: (515) 267-1408
       E-mail: kerrie.murphy@mwhlawgroup.com
       E-mail: julie.bittner@mwhlawgroup.com
       *Attorneys for Defendant Menard, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Brooke E. Klingbeil*

I further certify that on March 9, 2021, I mailed a copy of the foregoing to opposing counsel at the address listed below:

Andrew L. Mahoney, AT0012329
Edward J. Prill, AT0012435
Steven J. Crowley, AT0001845
CROWLEY & PRILL
3012 Division Street
Burlington, IA 52601
Telephone: (319) 753-1330
Facsimile: (319) 752-3934
E-mail: AMahoney@cbp-lawyers.com
E-mail: EPrill@cbp-lawyers.com
E-mail: SCrowley@cbp-lawyers.com
*Attorneys for Plaintiff*

*/s/ Brook E. Klingbeil*