# Exhibit 1

IN THE IOWA DISTRICT COURT IN AND FOR DES MOINES COUNTY

| | |
|---|---|
| CYNTHIA J. BOWEN, | ) |
| | ) CASE NO: |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) **ORIGINAL NOTICE** |
| MENARD, INC., | ) |
| | ) |
| Defendants. | ) |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a Petition has been filed in the office of the Clerk of this Court naming you as the Defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The names and addresses of the attorneys for the Plaintiff(s) are Andrew L. Mahoney, Edward J. Prill and Steven J. Crowley of CROWLEY & PRILL, whose address is 3012 Division St., Burlington, IA 52601. The attorney's phone number is 319-753-1330; facsimile number 319-752-3934.

You are further notified that the above case has been filed in a County that utilizes electronic filing. Unless, within 20 days after service of this Original Notice upon you, you serve, and within a reasonable time thereafter file a Motion or answer, in the Iowa District Court for Des Moines County, at the courthouse in Burlington, Iowa, judgment by default will be rendered against you for the relief demanded in the Petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you need assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator. (If you are hearing or speech impaired, call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

**I M P O R T A N T: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

# STATE OF IOWA JUDICIARY

Case No. LALA005479

County Des Moines

Case Title **BOWEN VS MENARD, INC.**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(641) 684-6502** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942.**)

Date Issued  02/17/2021 09:22:52 AM



District Clerk of Des Moines       County
/s/ Jill Lionberger

IN THE IOWA DISTRICT COURT IN AND FOR DES MOINES COUNTY

| CYNTHIA J. BOWEN, | |
|---|---|
| Plaintiff, | Case No: |
| vs. | PETITION AT LAW |
| MENARD, INC., | (JURY TRIAL DEMANDED) |
| Defendant. | |

COMES NOW the Plaintiff, CYNTHIA J. BOWEN, by and through their attorneys, Crowley & Prill, in support of her claims against the Defendant, MENARD, INC., hereby states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1) On April 13, 2019, the Plaintiff, CYNTHIA J. BOWEN, was of legal age and a resident of Des Moines County, Iowa.

2) The Defendant, MENARD, INC. is a Wisconsin Corporation doing business in Iowa, with a local registered agent Corporation Service Company, 505 5th Ave., Des Moines, IA 50309.

3) The Defendant, MENARD, INC. ("MENARDS"), owned, controlled, and maintained a retail store located at 614 West Agency Road, West Burlington, IA 52655 (the "Burlington Store").

4) On and before April 13, 2019, MENARDS was in the business of selling treated wood and other building materials at the Burlington Store.

5) On April 13, 2019, CYNTHIA J. BOWEN was shopping at the Burlington Store and was attempting to buy treated wood.

6) At the Burlington Store, the treated wood was located on a higher platform that required the assistance of a MENARDS' employee to retrieve.

7) An employee of MENARDS offered to help CYNTHIA J. BOWEN retrieve the wood and climbed up to the platform to do so.

8) While retrieving the treated wood planks, the MENARDS employee attempted to pass the treated wood to CYNTHIA J. BOWEN and, in doing so, dropped the treated wood on CYNTHIA J. BOWEN, injuring her.

1

9) At all times material to this case, MENARDS owned, controlled and maintained the area where CYNTHIA J. BOWEN's injury occurred.

10) At all times material to this case, MENARDS was responsible for the hiring, training, management, and control of its employees at the Burlington Store.

11) At all times material to this case, the MENARDS employee in question acted in an unsafe manner by retrieving the treated wood planks and dropping one on CYNTHIA J. BOWEN.

12) At all times material to this case, the MENARDS employee in question was acting with the scope of his employment.

13) MENARDS is vicariously liable for the acts of its employees.

## COUNT I- NEGLIGENCE

COMES NOW, the Plaintiff CYNTHIA J. BOWEN, by and through her attorneys, Crowley and Prill, and in support of their allegations against the Defendant, MENARD, INC., hereby states as follows:

1-13) The Plaintiff hereby incorporates by reference and repeats and re-alleges paragraphs 1 through 13 of the Allegations Common to All Counts as and for Counts as and for paragraphs 1 through 13 of this Count I with full force and effect as if pleaded fully herein.

14) The Defendant MENARDS was negligent in, including but not limited to, one or more of the following particulars:

   a. Failed to safely and properly maintain the Burlington Store so as to ensure its products could be accessed safely by customers;

   b. Failed to properly hire, train, manage, or otherwise control its employees at the Burlington Store;

   c. Failed to properly assist CYNTHIA J. BOWEN in retrieving treated wood from where it was stored; and

   d. In failing to safely and properly maintain the store, manage its employees, and/or assist CYNTHIA J. BOWEN in retrieving treated wood, MENARDS knew or should have known that this presented a hazard to CYNTHIA J. BOWEN and similar customers.

15) As a direct and proximate result of negligence and the fall complained of herein the Plaintiff have occurred damages, harms, loss including, but not limited to the following:

a. The Plaintiff has expended money for medical expenses from the date of the injury to the present time;

b. The Plaintiff will continue to incur medical expenses in the future;

c. The Plaintiff has incurred lost wages from the date of injury to the present time;

d. The Plaintiff has incurred a reduction in the ability to work and earn money generally;

e. The Plaintiff has suffered a loss of full of mind and body from the date of injury to the present time;

f. The Plaintiff will suffer a loss of full mind and body in the future;

g. The Plaintiff has endured physical and mental pain and suffering from the date of the injury to the present time;

h. The Plaintiff will continue to endure physical and mental pain and suffering in the future; and

i. The Plaintiff has incurred and will incur miscellaneous expenses as a result of the injury.

## II. JURY TRIAL REQUESTED

16) Plaintiffs hereby asks the Court for trial by jury of all issues herein.

17) The amount in controversy exceeds the jurisdiction amount set forth in Iowa Court Rule 6.3.

WHEREFORE, Plaintiff, CYNTHIA J. BOWEN, asks the Court for a verdict and judgement against the Defendant, MENARD, INC., in the amount which will fully, fairly, and reasonably compensate her for the harms, losses, and damages she has sustained and will sustain, for interest and costs as provided by law.

Respectfully submitted,

*[signature]*

| | |
|---|---|
| Andrew L. Mahoney | AT0012329 |
| Edward J. Prill | AT0012435 |
| Steven J. Crowley | AT0001845 |

CROWLEY & PRILL
3012 Division Street
Burlington, Iowa 52601
Phone:   (319) 753-1330
Fax:       (319) 752-3934
Email: AMahoney@cbp-lawyers.com
           EPrill@cbp-lawyers.com
           SCrowley@cbp-lawyers.com

ATTORNEYS FOR PLAINTIFF